No. 6392.—BAY SHOE COMPANY, aplte., *v.* MUÑIZ, apldo.—C. D. Arecibo. Junio 13, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, atendidas las circunstancias especiales del caso, y en particular la de que está pendiente de resolución en la corte de distrito una moción sobre prórroga de treinta días para perfeccionar la apelación interpuesta contra la sentencia de la Corte de Distrito de Arecibo, dictada en 8 de febrero de 1933, *no ha lugar* a la desestimación solicitada.

No. 6431.—CAMPOS DEL TORO, aplte., *v.* LA SUCN. DÁVILA, aplda. —C. D. San Juan. Julio 26, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede y apareciendo que el apelante no ha radicado en la secretaría de este Tribunal la transcripción de la evidencia aducida en pro y en contra del fundamento número doce de la moción sobre nulidad de sentencia y otros extremos y sobre apertura de rebeldía de que se trata, dejando así de colocar a este tribunal en las mismas condiciones en que estaba el inferior para resolver las cuestiones envueltas en la apelación interpuesta contra la resolución dictada por la Corte de Distrito de San Juan en 26 de mayo de 1933, se declara con lugar la moción primeramente mencionada arriba y se desestima dicha apelación.